HENRY S. BEACH ET AL. *v.* UNITED STATES

No. 5544.—Invoices dated Guadalajara, Mexico, February 9, 1935, etc. Entered at El Paso, Tex., February 19, 1935, etc. Entry No. 617, etc.

(Decided January 6, 1942)

*Philip Stein* for the plaintiffs.

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

DALLINGER, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, having been submitted without prejudice and without the introduction of any evidence in support thereof, are hereby dismissed without prejudice. Judgment will be rendered accordingly.